**JON M. SANDS**
Federal Public Defender
**ELENA M. KAY**
State Bar No. 026391
407 W. Congress, Suite 501
Tucson, AZ 85701-1310
Telephone: (520) 879-7500
elena_m_kay@fd.org
Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>    Plaintiff,<br><br>  vs.<br><br>Destiny Leticia Alvarez,<br><br>    Defendant. | CR20-0677-TUC-JAS (MSA)<br><br>**MOTION TO MODIFY CONDITTIONS OF RELEASE**<br><br>**(Unopposed, First Request)** |

Defendant Destiny Leticia Alvarez, by and through counsel, hereby requests a modification of her pretrial release conditions. Ms. Alvarez would like to travel to Nogales, Sonora, Mexico on April 18, 2020 to April 20, 2020. She would like to visit her stepfather and will be staying with him at his residence. This address has been provided to her pretrial services officer. Defendant is fully aware that all other conditions of her pretrial release remain unchanged, and she has been made aware that she is to contact her pretrial services officer before she leaves and again upon her return.

Defendant further requests that her United States Passport be returned to her for the sole purpose of this trip, and she will return the passport to pretrial services upon her return to the United States.

1

Assistant United States Attorney Fred Cocio has been contacted and does not object to this request.  United States Pretrial Services Office Brenda Aguilar has also been contacted and does not object.

RESPECTFULLY SUBMITTED this 30th day of March, 2020.

JON M. SANDS
Federal Public Defender

*s/ Elena M. Kay*
ELENA M. KAY
Assistant Federal Public Defender

Copy of the foregoing has been provided
by electronic transmittal via the CM/ECF System:

Fred Cocio – Assistant United States Attorney

Brenda Aguilar – United States Pretrial Services Officer

2